Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -3 PM 4:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

United States of America for the
Use and Benefit of Baker Electric,
Inc.

vs

Cornerstone Building Group;
Western Insurance Company;
and DOES 1 through 60,

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1617 DMS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jeffrey B. Baird, Esq.
Marks, Golia & Finch, LLP
3900 Harney Street-First Floor
San Diego, California 92110-2825

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

09-03-08
DATE

By J. J_____, Deputy Clerk

Summons in a Civil Action                                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)